UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD ISAAC JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>  Defendant. | CASE NO. C15-5488 RJB-KLS<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

Plaintiff Donald Isaac Johnson filed this civil rights complaint under 42 U.S.C. § 1983 *pro se*. Dkt. 1-1. His application to proceed *in forma pauperis* remains pending. Dkt. 1. Mr. Johnson alleges that he was unlawfully charged and convicted by the State of Washington in Pierce County Superior Court Case No. 12-1-01235-2. Mr. Johnson acknowledges that a habeas case regarding this conviction is presently pending in *Johnson v. Gilbert,* Case No. 15-5435 RBL-KLS. Dkt. 1-1, at 3. He contends, however, that in this action, he is suing the State of Washington for the unlawful imprisonment stemming from that conviction. He seeks "Four Hundred and Fifty Gazillion Dollars and One Cent." *Id.*, at 5. Mr. Johnson is ordered to show cause why this Court should not impose monetary sanctions against him for vexatious and malicious filings.

1    Mr. Johnson has been repeatedly warned that he cannot proceed on a civil rights action
2 until and unless his conviction is overturned through habeas corpus.  See *Heck v. Humphrey*, 512
3 U.S. 477, 487 (1994).  A review of Mr. Johnson's litigation history shows that he obtained *in*
4 *forma pauperis* status and raised this issue on three previous occasions in:  (1)  *Johnson v.*
5 *Gildehaus*, Case No. 12-5818 RBL-KLS; (2)  *Johnson v. State of Washington*, Case No. 12-5839
6 BHS-KLS; and (3) *Johnson v. State of Washington*, Case No. 12-5864 RBL-JRC.  In *Johnson v.*
7 *Monroe Correctional Complex,* Case No. 13-5167 RBL-JRC, the Court denied Mr. Johnson's
8 application to proceed *in forma pauperis,* found his repetitive filings on this issue vexatious and
9 malicious, and warned Mr. Johnson that further improper filings could result in sanctions
10 (including monetary fines, dismissal of actions, and possibly a bar order preventing further
11 filings).  Dkt. 3 in Case No. 13-5167 RBL-JRC.  The Court dismissed the action without
12 prejudice so that the habeas petition pending at that time (*Johnson v. Monroe Correctional*
13 *Complex,* Case No. 13-5008 RBL-JRC) could proceed.  *Id.*  That habeas petition was dismissed
14 for lack of personal jurisdiction.  Dkt. 16 in Case No. 13-5008 RBL-JRC.
15    Mr. Johnson filed a second petition for writ of habeas corpus in June 2016.  The Court
16 granted his application to proceed *in forma pauperis* and directed that the petition be served.
17 Dkts. 4 and 7 in *Johnson v. Gilbert,* Case No. 15-5435 RBL-KLS.  The petition remains pending.
18    On July 10, 2015, Mr. Johnson filed this action and an identical action in *Johnson v. State*
19 *of Washington,* Case No. 15-5483 BHS-DWC.  As he has been repeatedly advised, Mr. Johnson
20 cannot bring a § 1983 action for damages related to his imprisonment unless and until his state
21 court judgment has been invalidated, expunged, or otherwise impugned.  *Heck v. Humphrey*, 512
22 U.S. 477, 486-87 (1994).  This has not occurred.  Mr. Johnson must await the outcome of his
23 federal habeas proceeding which has not yet been adjudicated by this Court.
24

Because he has been repeatedly advised and was explicitly warned that further filings of this nature could result in sanctions including monetary fines, dismissal of actions, and possibly a bar order preventing further filings, Mr. Johnson is ordered to show cause why the Court should not impose sanctions in this case.

Accordingly, it is **ORDERED:**

(1) Mr. Johnson shall show cause **by August 24, 2015** why sanctions should not be imposed in this case**.** If he fails to respond or to adequately address the issues raised herein, the Court will recommend denial of his application to proceed in forma pauperis, dismissal of this action as frivolous, and impose a monetary sanction in the amount of $500.00 against Mr. Johnson.

(2) The Clerk shall send a copy of this Order to Plaintiff and to Magistrate Judge David W. Christel (Re: Case No. 15-5483 BHS-DWC).

**DATED** this 3rd day of August, 2015.

*[signature]*
Karen L. Strombom
United States Magistrate Judge