UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD ISAAC JOHNSON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　　Defendant. | No. C15-5488 RJB-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)　The Court adopts the Report and Recommendation.

(2)　Plaintiff's motion to proceed *in forma pauperis* (Dkt. 1) is **denied;** Plaintiff's complaint is **dismissed without prejudice** on the grounds that it is frivolous, malicious, and fails to state a claim upon which relief may be granted, and the **dismissal shall count as a strike under 28 U.S.C. § 1915(g).**

(3)　The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 8th day of September, 2015.

　　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　United States District Judge

ORDER TO AMEND OR SHOW CAUSE- 1